1  ROBERT LAMANUZZI, SBN  213673
   Attorney at Law
2  1330 L Street  Suite D
   Fresno, CA 93721
3  (559) 441-1979
4
5
6
                    UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,           Case No.  1:19-cr-00113 NONE-SKO
9
              Plaintiff,
10
       v.                              STIPULATION AND ORDER TO
11                                     CONTINUE SENTENCING
   PABLO SANCHEZ,
12
              Defendant.
13
14
15     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16 counsel, ROBERT LAMANUZZI, attorney for Defendant PABLO SANCHEZ and KIMBERLY

17 SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for March

18 13, 2020, at 8:30 a.m. shall be continued until APRIL 17, 2020, at 8:30 a.m.

19     1. Defendant's attorney is scheduled to participate in the Open Doors program on the
20        same date.
21     2. There is no objection by the U.S. Attorney.

22     The parties stipulate that the time until the next hearing should be excluded from the

23 calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are

24 served by the court excluding such time, so that counsel for the defendant may have reasonable

25 time necessary for effective preparation, taking into account the exercise of due diligence.  18

26 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

27 by granting this continuance and outweigh the best interests of the public and the defendant in a

28
                                    1

speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: March 2, 2020                                Respectfully submitted,


                                                    /s/ Robert Lamanuzzi
                                                    ROBERT LAMANUZZI
                                                    Attorney for Defendant, PABLO SANCHEZ


Dated: March 2, 2020                                Respectfully submitted,


                                                    /s/ Kimberly Sanchez
                                                    KIMBERLY SANCHEZ
                                                    Assistant U.S. Attorney


## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for March 13, 2020, at 8:30 a.m., is continued until APRIL 17, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 3, 2020**                            _Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE